**386-13**

# ELECTRONIC RECORD

CCA #   14-12-00625-CR        OFFENSE   Aggravated Robbery

STYLE:   Nicolas Bustos v. The State of Texas        COUNTY   Harris

TRIAL COURT:        337th District Court        _____ MOTION

TRIAL COURT #:        1329619        FOR REHEARING IS: _____

TRIAL COURT JUDGE:   Judge, 337th District Court        DATE: _____

DISPOSITION: *Affirmed as Reformed*        JUDGE: _____

DATE:   *2/21/13*

JUSTICE: _____ PC ✓ S ___

PUBLISH: _____        DNP: ✓

CLK RECORD: *1 vol*        SUPP CLK RECORD _____

RPT RECORD: *4 vols*        SUPP RPT RECORD _____

STATE BR: *Yes*        SUPP BR _____

APP BR: *Yes*        PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS   **386-13**

### ELECTRONIC RECORD        CCA # _____

___*State's*___ Petition        Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

*Granted + remanded*        JUDGE: _____

DATE: *April 16, 2014*        SIGNED: _____   PC: _____

JUDGE: *PC*        PUBLISH: _____   DNP: _____

_____ MOTION FOR REHEARING IN        MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____        _____ ON _____

JUDGE: _____        JUDGE: _____